USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN - 7 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TIM CHRISTMAN, individually and on behalf of all
others similarly situated,

                    Plaintiff,                  ORDER

                  - against -              04 Civ. 2741 (GBD)

CANADIAN IMPERIAL BANK OF COMMERCE, et al.,

                    Defendants.
-----------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

       The Perkins Proposed Lead Plaintiffs' motion for consolidation, to be appointed lead plaintiffs, and for approval of their selection of lead counsel is DENIED without prejudice.

Dated: New York, New York
       January 7, 2005

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge